THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:12-cv-00362-MR-DLH

| | |
|---|---|
| EVA THIEL, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>RELIANCE HOUSING FOUNDATION, )<br>INC, and RELIANCE HOUSING )<br>SERVICES, LLC, )<br>)<br>Defendants. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Defendants' Motion to Dismiss or, in the Alternative, to Stay This Action and Compel Arbitration [Doc. 2].

The parties, by way of a proposed Consent Order, have advised the Court that they have agreed to arbitrate their dispute.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Plaintiff shall submit her claims to arbitration before the American Arbitration Association within fifteen (15) days of the entry of this Order, with such arbitration to be held in Asheville, North Carolina.

**IT IS FURTHER ORDERED** the Defendants' Motion to Dismiss or, in the Alternative to Stay This Action and Compel Arbitration [Doc. 2] is **GRANTED IN PART AND DENIED IN PART**. Specifically, the Motion is **GRANTED** to the extent that this case is hereby **STAYED** pending the outcome of the arbitration proceeding. To the extent that the Defendants seek the dismissal of the Plaintiff's Complaint, the Motion is **DENIED**.

**IT IS SO ORDERED.**

Signed: December 10, 2012

Martin Reidinger
United States District Judge